Kevin T. Barnes, SBN 138477
barnes@kbarnes.com
Gregg Lander, SBN 194018
lander@kbarnes.com
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Telephone: (323) 549-9100
Facsimile: (323) 549-0101

Todd M. Schneider, SBN 158253
tschneider@schneiderwallace.com
Joshua Konecky, SBN 182897
jkonecky@schneiderwallace.com
Nathan Piller, SBN 300569
npiller@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105

Attorneys for Plaintiff
and the Proposed Collective

Karin M. Cogbill, SBN 244606
kcogbill@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113
Telephone: (408) 998-4150
Facsimile: (408) 288-5686

Attorneys for Defendant
KeyPoint Government Solutions, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KEYPOINT GOVERNMENT SOLUTIONS, INC., a Delaware corporation,<br><br>    Defendant. | Case No: 3:15-cv-00429-HSG<br><br>**STIPULATION TO TRANSFER ACTION TO UNITED STATES DISTRICT COURT OF COLORADO PURSUANT TO 28 U.S.C. § 1404(a) AND ORDER** |

STIPULATION TO TRANSFER VENUE AND [PROPOSED] ORDER
*Smith, et al. v. KeyPoint Government Solutions, Inc.*
No: 3:15-cv-00429-HSG

Plaintiff Richard Smith ("Plaintiff") and Defendant KeyPoint Government Solutions, Inc. ("Defendant"), by and through their respective counsel, jointly submit the following Stipulation to transfer venue of this action to the United States District Court, District of Colorado, and [Proposed] Order.

## STIPULATION

WHEREAS, on January 29, 2015, Plaintiff filed a Collective Action Complaint on behalf of a proposed nationwide Collective of independent contractor investigators, alleging overtime violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, arising from Defendant's alleged misclassification of Plaintiff and other similarly situated investigators as independent contractors instead of as employees.

WHEREAS, on March 31, 2015, Defendant brought a Motion to Transfer Venue either to the United States District Court, Southern District of Ohio, where Plaintiff currently resides and previously worked as an independent contractor, or alternatively, to the United States District Court, District of Colorado, where Defendant is headquartered and its corporate witnesses reside.

WHEREAS Defendant has presented a declaration from its Controller, Catherine Grassman, stating that the company is headquartered in Loveland, Colorado; that the corporate policy decisions relating to the independent contractors occur in Colorado; that contracts and other written documents related to the terms of the relationship between Defendant any particular independent contractor are maintained in Loveland, Colorado; and that corporate individuals at Defendant with knowledge relevant to this case are located in Colorado.

WHEREAS, the hearing on Defendant's Motion to Transfer Venue is currently scheduled for June 4, 2015.

WHEREAS, the Parties, through their respective counsel, have met and conferred in good faith and have agreed to request that the Court transfer this case to the United States District Court, District of Colorado.

STIPULATION TO TRANSFER VENUE AND [PROPOSED] ORDER
*Smith, et al. v. KeyPoint Government Solutions, Inc.*
No: 3:15-cv-00429-HSG

In light of the foregoing, the Parties STIPULATE that this case may be transferred to the United States District Court, District of Colorado, and request that the Court Order this transfer of venue. The Parties further request that the Court vacate the Case Management Conference, currently scheduled for April 28, 2015, the hearing on Defendant's Motion to Transfer Venue, currently scheduled for June 4, 2015, and all related deadlines.

Dated: April 15, 2015                    /s/ *Joshua Konecky*

**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
180 Montgomery Street, Suite 2000
San Francisco, California 94104

**LAW OFFICES OF KEVIN T. BARNES**
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664

Attorneys for Plaintiff
and the Proposed Collective

Dated: April 15, 2015                    /s/ *Karin M. Cogbill*

**LITTLER MENDELSON PC**
50 W. San Fernando, 15th Floor
San Jose, CA 95113
Attorneys for Defendant
KeyPoint Government Solutions, Inc.

**ATTESTATION PER LOCAL RULE 5-1(i)(3)**

The e-filing attorney hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: April 15, 2015                    /s/ *Joshua Konecky*
                                         Joshua Konecky
                                         SCHNEIDER WALLACE COTTRELL
                                         KONECKY WOTKYNS LLP

STIPULATION TO TRANSFER VENUE AND [PROPOSED] ORDER
*Smith, et al. v. KeyPoint Government Solutions, Inc.*
No: 3:15-cv-00429-HSG

## ORDER

The Court, having reviewed and considered the Stipulation of the Parties, and good cause appearing therefore, hereby issues the following FINDINGS AND ORDERS:

1. This case could have been brought in the United States District Court, District of Colorado. Defendant has presented evidence that the company is headquartered in Loveland, Colorado; that the corporate policy decisions relating to the independent contractors occur in Colorado; that contracts and other written documents related to the terms of the relationship between Defendant any particular independent contractor are maintained in Loveland, Colorado; and that corporate individuals at Defendant with knowledge relevant to this case are located in Colorado. This Court therefore finds that transfer of venue from the Northern District of California to the District of Colorado is appropriate for the convenience of the parties and witnesses, and will further the interests of justice.

2. The Stipulation of the Parties to transfer venue of this case to the United States District Court, District of Colorado is therefore APPROVED.

3. This case is hereby TRANSFERRED to the United States District Court, District of Colorado, for all further proceedings pursuant to 28 U.S.C. § 1404(a).

4. The Case Management Conference currently scheduled for April 28, 2015, is VACATED.

5. The hearing on Defendant's Motion to Transfer Venue, currently scheduled for June 4, 2015, is VACATED.

6. All deadlines previously set in connection with the foregoing Case Management Conference and Motion to Transfer hearing date are VACATED.

7. The Clerk is directed to transfer this case to the United States District Court, District of Colorado, forthwith.

Dated: April 16, 2015

_____
THE HONORABLE HAYWOOD S GILLIAM, JR.
UNITED STATES DISTRICT COURT

STIPULATION TO TRANSFER VENUE AND [PROPOSED] ORDER
*Smith, et al. v. KeyPoint Government Solutions, Inc.*
No: 3:15-cv-00429-HSG

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Joshua Konecky*
Joshua Konecky (SBN 182897)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
jkonecky@schneiderwallace.com

STIPULATION TO TRANSFER VENUE AND [PROPOSED] ORDER
*Smith, et al. v. KeyPoint Government Solutions, Inc.*
No: 3:15-cv-00429-HSG